FILED: December 20, 2011

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 10-2414
(1:10-cv-00911-LMB-JFA)



ADAM J. CIRALSKY

       Plaintiff - Appellant

v.

GEORGE J. TENET, individually and in his capacity as Director of Central Intelligence; LOUIS JOSEPH FREEH, in his capacity as Director of the Federal Bureau of Investigation; ROBERT MCNAMARA, JR., individually and in his capacity as the General Counsel Central Intelligence Agency; JOHN DOE, individually and in his capacity as the Chief, Counterintelligence Center, CIA; EDWARD CURRAN, individually and in his capacity as Chief, Counterintelligence Group, CIA; JOHN LEWIS, individually and in his capacity as Assistant Director of the Federal Bureau of Investigation; RICHARD CALDER, individually and in his capacity as Deputy Director for Administration, CIA; DAWN EILENBERGER, individually and in her capacity as the Principal Deputy General Counsel, CIA; KATHLEEN MCGINN, individually and in her capacity as Complaints Attorney, Office of Equal Employment Opportunity, CIA

       Defendants - Appellees

and

CENTRAL INTELLIGENCE AGENCY; FEDERAL BUREAU OF INVESTIGATION

       Defendants

## JUDGMENT

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK