FILED: February 13, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-2414
(1:10-cv-00911-LMB-JFA)
_____

ADAM J. CIRALSKY

       Plaintiff - Appellant

v.

GEORGE J. TENET, individually and in his capacity as Director of Central Intelligence; LOUIS JOSEPH FREEH, in his capacity as Director of the Federal Bureau of Investigation; ROBERT MCNAMARA, JR., individually and in his capacity as the General Counsel Central Intelligence Agency; JOHN DOE, individually and in his capacity as the Chief, Counterintelligence Center, CIA; EDWARD CURRAN, individually and in his capacity as Chief, Counterintelligence Group, CIA; JOHN LEWIS, individually and in his capacity as Assistant Director of the Federal Bureau of Investigation; RICHARD CALDER, individually and in his capacity as Deputy Director for Administration, CIA; DAWN EILENBERGER, individually and in her capacity as the Principal Deputy General Counsel, CIA; KATHLEEN MCGINN, individually and in her capacity as Complaints Attorney, Office of Equal Employment Opportunity, CIA

       Defendants - Appellees

 and

CENTRAL INTELLIGENCE AGENCY; FEDERAL BUREAU OF INVESTIGATION

    Defendants

_____

M A N D A T E
_____

The judgment of this court, entered 12/20/11, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                         */s/Patricia S. Connor, Clerk*